# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR- |
| ) | |
| NANCY BROWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On December 6, 2011, defendant NANCY BROWN pled guilty to a One-Count Criminal Information charging her with Federal Program Bribery, in violation of Title 18, United States Code, Section 666(a)(1)(B), and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information.

This Court finds that NANCY BROWN shall pay a criminal forfeiture money judgment of $15,037.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 1956(c)(7).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from NANCY BROWN a criminal forfeiture money judgment in the amount of $15,037.00 in United States Currency.

DATED this 6th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE