# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:11-CR-408-PMP (CWH) |
| NANCY BROWN, | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 6, 2011, defendant NANCY BROWN pled guilty to a One-Count Criminal Information charging her with Federal Program Bribery, in violation of Title 18, United States Code, Section 666(a)(1)(B). Docket #25, #27, #29.

The Order of Forfeiture entered on December 6, 2011 (#30) is hereby vacated.

This Court finds defendant NANCY BROWN agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum. #27, #29.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Information and the Plea Memorandum and the offense to which defendant NANCY BROWN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 1956(c)(7):

     a)  $15,037.00 in United States Currency, seized from Defendant.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of NANCY BROWN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

  Michael A. Humphreys
  Assistant United States Attorney
  Daniel D. Hollingsworth
  Assistant United States Attorney
  Lloyd D. George United States Courthouse
  333 Las Vegas Boulevard South, Suite 5000
  Las Vegas, Nevada 89101.

. . .

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _ 16th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing (proposed) Preliminary Order of Forfeiture on February 15, 2012, by the below identified method of service:

CM/ECF:

Raquel Lazo
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: Raquel_Lazo@fd.org
Counsel to the Defendant Nancy Brown

Lori C Teicher
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@fd.org
Counsel to the Defendant Nancy Brown

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal